# Order

**Supreme Court**
**Lansing, Michigan**

September 28, 2005

Clifford W. Taylor,
Chief Justice

128445

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DANIEL BARRY COUCH,
           Plaintiff-Appellant,

v

                                    SC: 128445
                                    COA: 256899

RAYMOND A. CORRELL, and RAYMOND
A. CORRELL, P.C.,
           Defendants-Appellees.
                                    Oakland CC: 2003-047997-NM

_____/

On order of the Court, the application for leave to appeal the February 1, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, CORBIN R. DAVIS, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2005

_____
Clerk

d0919